AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*January 19, 2026*
Nathan Ochsner, Clerk of Court

United States of America
v.
Bruno Eliazar Guevara-Suazo

*Defendant(s)*

Case No. 4:26-mj-043

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 20th, 2024 in the county of Harris in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326 (a) | a native and citizen of Honduras, and an alien who had been previously deported from the United States, was found unlawfully in the United States at Houston, Texas, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☑ Continued on the attached sheet.

*Complainant's signature*

Daniel I, Chagoya, ICE Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date: 01/19/2026

*Judge's signature*

City and state: Houston, Texas

Hon. Christina A. Bryan, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daniel I, Chagoya, being duly sworn telephonically, hereby depose and say:

(1) I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") and have served in that capacity since November 9, 2008. My law enforcement career began September 18, 2005, as a Customs and Border Protection Officer. I heldthis position until transferring to Immigration and Customs Enforcement as a Deportation Officer.I currently have over 17 years of immigration law enforcement experience.

(2) On January 16, 2026, after serving 2 years in the Texas Department of Criminal Justice (TDCJ), Bruno Eliazar Guevara-Suazo was transferred to the custody of Immigration and Customs Enforcement (ICE) pursuant to a detainer. Subsequently on January 19, 2026, at approximately 8:00 a.m., he was identified as eligible for prosecution for violating 8 U.S.C. 1326 (a).

(3) The Defendant's fingerprints have been taken and electronically submitted to various law enforcement databases. According to the Integrated Automated Fingerprint Identification System (IAFIS), the Defendant is the same individual as the person referred to in this Affidavit as having been previously deported and convicted.

(4) Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a).

(5) <u>Element One</u>: The Defendant is a citizen and national of Honduras and not a native,citizen or national of the United States.

(6) <u>Element Two</u>: The Defendant has previously been deported or removed from theUnited States on the following occasions:

1. Removed 01/06/2021
2. Removed 09/05/2012

(7) Element Three: After deportation, the Defendant was subsequently found in the United States on January 20th , 2024, in Harris County, which is within the Houston Division of the Southern District of Texas. Additionally, I consulted with ICE's Law Enforcement Support Center ("LESC") to determine whether, in the past five years, and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date specified earlier in the paragraph. On January 19th, 2026, LESC advised me that it had no record on such encounter.

(8) Element Four: The Defendant did not have permission to reenter the United States. On January 19th, 2026, I reviewed the contents of the Alien File associated with this Defendant and/or available database information. I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States. I have requested certification of this fact from the Records Branch of theImmigration Service.

(9) Prior Criminal History: The Defendant has the following prior criminal history:

a) On July 24th, 2024, the Defendant was convicted in the 486th District Court Harris County, TX for the felony offense of ASSAULT POLICE OFFICER and sentenced to 2 years in TDCJ. Case No. 185256501010
b) On July 24th, 2024, the Defendant was convicted in the 486th District Court in Harris County, TX the offense of ASSAULT POLICE OFFICER and sentenced to 2 years in TDCJ. Case No. 185256401010
c) On March 25th, 2024, the Defendant was convicted in the County Criminal Court at Law No. 2 in Harris County, TX for the offense of DRIVING WHILE INTOXICATED and sentenced to 66 days in county jail.
d) On November 4th, 2020, the Defendant was convicted in the 403rd District Court in Travis County, TX for the offense of ASSAULT CAUSES BODILY INJURY FAMILY MEMBER and sentenced to 30 days county jail.
e) On August 21st, 2012, the Defendant was convicted in the United States District Court Western District of Texas, Del Rio Division for the offense of 8 U.S.C. 1325 ILLEGAL ENTRY and sentenced to 10 days in BOP custody.

(10) On January 19th, 2026, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning the criminal complaint. On or about that day, Assistant U.S. Attorney Brooke Fuselier (832)-492-2493 accepted this case for prosecution for violation of 8 U.S.C. § 1326(a).

Daniel I. Chagoya, Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Sworn to me telephonically on 19th day of January 2026, and I find probable cause.

Hon. Christina A. Bryan
United States Magistrate Judge
Southern District of Texas